**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:08-CR-88 |
| ) | |
| STEVEN R. CAMPBELL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty (DE # 190) filed on December 10, 2008. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Steven R. Campbell's plea of guilty, and **FINDS** the Defendant guilty of Count 2 of the Indictment, in violation of Title 21 U.S.C. § 841(a)(1) and 846.

**DATED: December 31, 2008**          /s/RUDY LOZANO, Judge
                                      **United States District Court**